IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DAVID ARCH COOK,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN LARRY BENZON et al.,<br><br>    Defendants. | **MEMORANDUM DECISION & ORDER**<br><br><br>Case No. 2:18-CV-564-DB<br><br>District Judge Dee Benson |

Plaintiff, David Arch Cook, an inmate at Utah State Prison, filed a *pro se* civil rights complaint. *See* 42 U.S.C.S. § 1983 (2018). Because Plaintiff had, at three or more prior times while incarcerated, brought an action that was dismissed as "frivolous or malicious or fail[ing] to state a claim upon which relief may be granted," 28 *id.* § 1915(g), the Court concluded that Plaintiff could not proceed *in forma pauperis* but must pay his entire $350 filing fee up front. (Doc. No. 6 (Oct. 15, 2018).) The Court warned that Plaintiff's complaint would be dismissed unless he paid the full filing fee within thirty days. More than two months later, it remains unpaid.

IT IS THEREFORE ORDERED that this action is DISMISSED.

DATED this 27th day of December, 2018.

BY THE COURT:

_____
DEE BENSON
United States District Judge